First Department. December 20, 1907.) Action by Alice K. Strauss against Leo Strauss. I. N. Jacobson, for appellant. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 107 N. Y. Supp. 842.

SWAIN v. PRICE. LOWENBERG v. GERSHEL. CLAUSEN v. VONNOH. PAGE v. CANDELARIA, ETC., CO. BIEN v. FERGUSON. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Actions by Harold Swain against James K. Price, by Max Lowenberg against Abraham Gershel, by William Clausen against Robert W. Vonnoh, by William H. Page against the Candelaria, etc., Company, and by Franklin Bien against Julius M. Ferguson. No opinions. Applications for leave to appeal from Appellate Term to Appellate Division denied, with $10 costs in each case. Orders signed. See 55 Misc. Rep. 220, 105 N. Y. Supp. 102.

SWEENEY v. O'DWYER. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by John Sweeney against Edward F. O'Dwyer. No opinion. Motion denied, with $10 costs. Order filed.

SWEENEY v. SWEENEY. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Eugenia E. Sweeney against William Sweeney. No opinion. Motion granted, with $10 costs. Order filed.

SWEET, Respondent, v. PERKINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Oscar H. Sweet against Charles H. Perkins and others.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the grounds stated in the opinion of NASH, J., upon the former appeal in this case, reported in 115 App. Div. 784, 101 N. Y. Supp. 163.

TANNER, Respondent, v. THOMAS KELLS SONS' CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Nellie Tanner, an infant, by Peter Tanner, her guardian ad litem, against Thomas Kells Sons' Company. No opinion. Judgment and order unanimously affirmed, with costs.

TAYLOR, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Henry Taylor against the Brooklyn, Queens County & Suburban Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

TAYLOR, Respondent, v. KREISCHER, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Francis B. Taylor, as receiver, etc., against Stephen N. Kreischer. No opinion.

Judgment of the County Court of Nassau county affirmed, with costs. See 106 N. Y. Supp. 1147.

TAYLOR, Respondent, v. LISMAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Elizabeth R. Taylor against Anthony A. Lisman, doing business under the firm name of Anthony A. Lisman & Co. No opinion. Motion for leave to appeal to the Court of Appeals denied.

THEDFORD, Appellant, v. HERBERT, Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by James Thedford against Henry L. Herbert. G. H. Fletcher, for appellant. L. E. Warren, for respondent. No opinion. Judgment affirmed, with costs, on opinion in Thedford v. Herbert, 118 App. Div. 181, 102 N. Y. Supp. 1083. Order filed.

THEDFORD, Appellant, v. HERBERT, Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by James Thedford against Henry L. Herbert. G. H. Fletcher, for appellant. L. E. Warren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 118 App. Div. 181, 102 N. Y. Supp. 1083.

TIFFANY, Respondent, v. ELLIS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by Henry C. Tiffany against John J. Ellis, impleaded. No opinion. Motion for leave to appeal to Court of Appeals granted, questions for review to be settled before WILLIAMS, J., upon two days' notice.

TIMONY, Respondent, v. CORD MEYER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Anthony Timony against the Cord Meyer Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there is no proof that the defendant violated any duty to the plaintiff.

HOOKER and RICH, JJ., dissent.

TORONTO, Respondent, v. WESTINGHOUSE, CHURCH & CO., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Theresa Toronto, as administratrix, against Westinghouse, Church & Co. L. S. Carrere, for appellants. H. L. Moses, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TREADWELL v. CLARK. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by George A. Treadwell against William A. Clark. No opinion. Motion granted, on conditions stated in memorandum. Settle order on notice. See 114 App. Div. 493, 100 N. Y. Supp. 1.